# Court of Appeals
# of the State of Georgia

ATLANTA,  January 21, 2016

*The Court of Appeals hereby passes the following order:*

**A16A0706.  ERIC JONES v. BANK OF AMERICA, N.A.**

This case originated as a dispossessory proceeding in magistrate court.  After an adverse ruling, defendant Eric Jones appealed the magistrate court's decision to the superior court, which entered a judgment for the plaintiff.  Jones filed a "Motion for New Trial or Judgment Nothwithstanding the Verdict," which the court denied. Jones, through attorney Grady Roberts, filed this direct appeal on July 24, 2015. The appellee has filed a motion to dismiss the appeal for lack jurisdiction.

The appellee is correct that, because the superior court's order disposes of a de novo appeal from a magistrate court decision, Jones was required to follow the discretionary appeal procedures to obtain review before this Court.  See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mortgage Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995).  His failure to do so deprives us of jurisdiction over this appeal. Accordingly, the appellee's motion to dismiss is GRANTED, and this appeal is hereby DISMISSED.

We note that Grady Roberts has represented appellants in at least 15 previous direct appeals from superior court judgments reviewing magistrate court orders in dispossessory cases. Those appeals were dismissed for the same reason that this appeal is dismissed – because a discretionary application was required.  See Case Nos. A15A1727 ($500 frivolous-appeal penalty imposed by order of May 29, 2015), A15A0979, A15A0923, A15A0400, A14A1995, A14A1456, A14A1229, A14A0921, A14A0475, A13A1766, A13A1765, A11A2340, A11A1220, A11A1189, A11A1024. In light of these previous dismissals, attorney Roberts cannot reasonably have believed that we have jurisdiction to consider this direct appeal. We therefore

exercise our authority under Court of Appeals Rule 15 (b) to assess a frivolous appeal penalty in the maximum amount of $2,500 against attorney Grady Roberts and Roberts Law, LLC, jointly and severally, for the filing of this frivolous appeal. This penalty is not assessed against Roberts's client, Eric Jones. Upon receipt of this order, the superior court is DIRECTED to enter judgment in favor of Bank of America, N.A., in the amount of $2,500 against Grady A. Roberts, III, and Roberts Law, LLC.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* _____01/21/2016_____
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*